UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>          v.<br><br>SPONGETECH DELIVERY SYSTEMS, INC., RM ENTERPRISES INTERNATIONAL, INC., STEVEN Y. MOSKOWITZ, MICHAEL E. METTER, GEORGE SPERANZA, JOEL PENSLEY, and JACK HALPERIN,<br><br>          Defendants. | Civil Action No. 10-CV-2031 (DLI) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SPONGETECH DELIVERY SYSTEMS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Spongetech Delivery Systems, Inc., a non-governmental corporate entity, states that it is a public company, and that no parent corporation or publicly held corporation owns 10% or more of its stock.

Dated: June 4, 2010

By:    */s/ Jeffrey B. Sklaroff*
       Jeffrey B. Sklaroff (SklaroffJ@gtlaw.com)

GREENBERG TRAURIG
200 Park Avenue, 39th Floor
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400