UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SPONGETECH DELIVERY SYSTEMS, INC., RM ENTERPRISES INTERNATIONAL, INC., STEVEN Y. MOSKOWITZ, MICHAEL E. METTER, GEORGE SPERANZA, JOEL PENSLEY, and JACK HALPERIN,<br><br>Defendants. | Civil Action No. 10-CV-2031 (DLI)<br><br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT and all parties of record:

Enter my appearance as counsel in this case for Defendants Spongetech Delivery Systems, Inc. and Michael E. Metter

I certify that I am admitted to practice in this Court.


Dated:  June 17, 2010          By:     */s/ Kimberly G. Davis*
                                       Kimberly G. Davis (DavisK@gtlaw.com)

                                       GREENBERG TRAURIG, LLP
                                       300 West 6th Street, Suite 2050
                                       Austin, Texas 78701
                                       Tel:  (512) 320-7200
                                       Fax: (512) 320-7210