UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SPONGETECH DELIVERY SYSTEMS, INC., RM ENTERPRISES INTERNATIONAL, INC., STEVEN Y. MOSKOWITZ, MICHAEL E. METTER, GEORGE SPERANZA, JOEL PENSLEY, and JACK HALPERIN,<br><br>　　　　　　　Defendants. | Civil Action<br>No. 10-CV-2031 (DLI)<br><br>Date of Service:<br>June 18, 2010 |

### NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR APPOINTMENT OF A RECEIVER OVER DEFENDANT SPONGETECH DELIVERY SYSTEMS, INC.

To:

Paul Bessette
Greenberg Traurig, LLP
300 W 6th St, Suite 2050
Austin, TX 78701
*Counsel for Spongetech Delivery Systems, Inc. and Michael Metter*

RM Enterprises International, Inc.
c/o Steven Moskowitz
43 W 33rd St, Suite 600
New York, NY 10001

Michael Bachner
Bachner & Associates, P.C.
26 Broadway, Suite 2310
New York, NY 10004
*Counsel for Steven Y. Moskowitz*

George Speranza
1455 Bay Ridge
Brooklyn, NY 11219

Jerry Selvers and Chad Kagan
Sonnenblick, Parker & Selvers, P.C.
4400 Route 9 South, Suite 3000
Freehold, NJ 07728
*Counsel for Jack Halperin*

Roger Fidler
The Law Offices of Roger L. Fidler
225 Franklin Avenue
Midland Park, NJ 07432
*Counsel for Joel Pensley*

PLEASE TAKE NOTICE that upon the annexed memorandum of law, and exhibits annexed thereto, Plaintiff, the Securities and Exchange Commission (the "SEC"), will move this Court before the Honorable Dora L. Irizarry at the United States District Court for the Eastern District of New York, to appoint a Receiver over Defendant Spongetech Delivery Systems, Inc. ("Spongetech").

The grounds supporting this Motion are fully set forth in the accompanying documents, including the supporting Memorandum; the SEC's Complaint; and all Exhibits attached thereto or referenced therein.

A proposed order is being filed with this Motion.

Respectfully submitted,

Dated: June 18, 2010

/s/ Jeffrey T. Tao /
Jeffrey T. Tao
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-4010
202-551-4411
202-772- 9246 (fax)
*taoje@sec.gov*
Attorney for Plaintiff

<u>Of Counsel</u>
Christopher R. Conte
Jeffrey T. Tao
Christine Neal
Uta von Eckartsberg
Charles Davis
Amybeth García-Bokor

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2010, the foregoing Motion for a Appointment of a Receiver was filed electronically with the Clerk of the Court and served by overnight mail upon the following parties and participants. Duplicate copies will also be sent by regular mail to Defendants RM Enterprises and George Speranza.

Jesse Weiss & Paul Bessette
Greenberg Traurig, LLP
300 W 6th St, Suite 2050
Austin, TX 78701
*Counsel for Spongetech Delivery Systems, Inc.
and Michael Metter*

RM Enterprises International, Inc. c/o Michael Metter
43 W 33rd St, Suite 600
New York, NY 10001

Michael Bachner
Bachner & Associates, P.C.
26 Broadway, Suite 2310
New York, NY 10004
*Counsel for Steven Y. Moskowitz*

George Speranza
1455 Bay Ridge
Brooklyn, NY 11219

Jerry Selvers and Chad Kagan
Sonnenblick, Parker & Selvers, P.C.
4400 Route 9 South, Suite 3000
Freehold, NJ 07728
*Counsel for Jack Halperin*

Roger Fidler
The Law Offices of Roger L. Fidler
225 Franklin Avenue
Midland Park, NJ 07432
*Counsel for Joel Pensley*

_____
Jeffrey T. Tao