UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S SECURITIES & EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>-against-<br><br>SPONGETECH DELIVERY SYSTEMS, INC., RM ENTERPRISES INTERNATIONAL, INC., STEVEN MOSKOWITZ, GEORGE SPERANZA, JOEL PENSLEY, JACK HALPERIN, and MICHAEL METTER<br><br>Defendants. | Index No. 1:10-CV-02031<br><br>**NOTICE OF APPEARANCE** |

TO:   The Clerk of Court and all parties of record:

PLEASE TAKE NOTICE that Maranda E. Fritz Esq. of HINSHAW & CULBERTSON LLP, 780 Third Avenue, 4th Floor, New York, New York 10017, has been retained as counsel for Michael Metter. Copies of all pleadings, orders, notices and other documents should henceforth be served on Hinshaw & Culbertson LLP.

Dated:  March 24, 2011

HINSHAW & CULBERTSON LLP

By: _____
Maranda E. Fritz, Esq. (MF8060)
780 Third Avenue, 4th Floor
New York, NY 10017-2024
E-mail: MFritz@hinshawlaw.com
Tel: (212) 471-6200
Fax: (212) 935-1166
*Attorneys for Defendant*
*MICHAEL METTER*