UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>SPONGETECH DELIVERY SYSTEMS, INC., RM ENTERPRISES INTERNATIONAL, INC., STEVEN Y. MOSKOWITZ, MICHAEL E. METTER, GEORGE SPERANZA, JOEL PENSLEY, and JACK HALPERIN,<br><br>   Defendants. | Civil Action No. 10-CV-2031 (DLI) (JMA)<br><br>AFFIDAVIT OF MICHAEL E. METTER |

Michael E. Metter hereby certifies and affirms under penalty of perjury as follows:

1. I am a named Defendant in the above-captioned action. I submit this Affidavit as required by the Court's Opinion and Order dated March 14, 2011.

2. I currently hold no money, property, or assets, directly or indirectly, of Spongetech Delivery Systems, Inc.

3. I never received any monetary compensation from Spongetech Delivery Systems, Inc. I did receive an expense reimbursement check in the amount of approximately $2000 in relation to travel to an automobile show in November 2009.

4. Prior to 2007, I received approximately 7,000,000 shares of stock from Spongetech Delivery Systems, Inc., in lieu of compensation.[1] During the time period from

---

[1] I am unable to verify the precise number of shares received because I no longer have any of the stock certificates due to their seizure by the FBI.

January 2007 to the present, I received no stock from Spongetech Delivery Systems, Inc. Receipt of Class B shares was authorized during that time but the stock was never issued.

5. In April and May 2007, I sold a total of 50,000 shares of Spongetech Delivery Systems, Inc., for a total of $9,144.84.

6. In early 2007, the firm of D.L. Investments, Inc., which is owned by my wife, sold Spongetech Delivery Systems, Inc. stock (which it had received in approximately 2001-2004 in exchange for services rendered) for a total of approximately $80,000. Subsequently, D.L. Investments, Inc. purchased 2,000,000 shares of Spongetech Delivery Systems, Inc. on the open market for approximately $27,000. D.L. Investments, Inc. still holds those shares.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 29, 2011

_____
Michael E. Metter