UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
In re:

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>         Plaintiff. | 10-CV-2031 (DLI) (JMA) |
|       -against- | |
| SPONGETECH DELIVERY SYSTEMS, INC., RM ENTERPRISES INTERNATIONAL, INC., STEVEN Y. MOSKOWITZ, MICHAEL E. METTER, GEORGE SPERANZA, JOEL PENSLEY, and JACK HALPERIN,<br>         Defendants. | **AFFIDAVIT OF SERVICE** |

-------------------------------------------------------------------------x

STATE OF NEW YORK   )
                                    ) ss.:
COUNTY OF NASSAU   )

**LESLYE KATZ** being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and is employed by SilvermanAcampora LLP.

On March 30, 2011 deponent served the within **ACCOUNTING BY KENNETH P. SILVERMAN, ESQ., CHAPTER 7 TRUSTEE OF SPONGETECH DELIVERY SYSTEMS, INC. PURSUANT TO THE MARCH 14, 2011 ORDER with exhibits** by overnight delivery to the addresses listed below, said addresses designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of Federal Express and by electronic transmission to the email addresses listed below, said email addresses designated for that purpose.

TO:   Jeffrey T. Tao
       U.S. Securities & Exchange Commission
       100 F Street NE
       Washington, D.C. 20549-4010
       Email:  taoje@sec.gov

       Elisabetta Gasparini
       Office of the United States Trustee
       33 Whitehall Street, 21st Floor
       New York, NY 10004
       Email: Elisabetta.G.Gasparini@usdoj.gov

                                                *s/Leslye Katz*
                                                 LESLYE KATZ

Sworn to before me this
31st day of March, 2011

*s/Elisa Coates*
Notary Public

> **ELISA COATES**
> **Notary Public, State of New York**
> **No. 4764451**
> **Qualified in Suffolk County**
> **Term Expires November 30, 2014**

ACA/880239.1/059228