UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SPONGETECH DELIVERY SYSTEMS, INC., RM ENTERPRISES INTERNATIONAL, INC., STEVEN Y. MOSKOWITZ, MICHAEL E. METTER, GEORGE SPERANZA, JOEL PENSLEY, and JACK HALPERIN,<br><br>　　　　　　Defendants. | Civil Action No. 10-CV-2031 (DLI) (JMA)<br><br>**CONSENT AND ORDER OF SUBSTITUTION OF COUNSEL** |

　　　　IT IS HEREBY CONSENTED TO AND AGREED THAT the law firm of Hinshaw & Culbertson LLP has been substituted for the law firm of Greenberg Traurig, LLP as counsel of record for defendant Michael Metter in the above-captioned matter.

Dated: New York, New York
　　　　April ___6___, 2011

HINSHAW & CULBERTSON LLP

By: *[signature]* Maranda E. Fritz
Maranda E. Fritz

780 Third Ave., 4th Floor
New York, NY 10017-2024
(212) 471-6200
(212) 935-1166-fax
mfritz@hinshawlaw.com

GREENBERG TRAURIG LLP

*[signature]*
Paul R. Bessette

300 W. 6th St., Suite 2050
Austin, TX 78701
(512) 320-7200
(512) 320-7210 - fax
bessettep@gtlaw.com

MICHAEL METTER
*[signature]*

SO ORDERED:

_____