UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, : : : | |
| Plaintiff, : : | |
| v. : : | Civil Action No. 10-CV-2031 (DLI) (JMA) |
| SPONGETECH DELIVERY SYSTEMS, INC., RM ENTERPRISES INTERNATIONAL, INC., STEVEN Y. MOSKOWITZ, MICHAEL E. METTER, GEORGE SPERANZA, JOEL PENSLEY, and JACK HALPERIN, : : : : : : | |
| Defendants. : : | |

<u>Exhibits annexed to and submitted with the
Declaration of Charles C. Davis, Jr.</u>

EXHIBIT 6

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 1/9/2007 | $24,968.00 | | | wire | Purchaser of Shares | xxx2827 |
| 2/16/2007 | | $3,235.50 | | deposit | Spongetech | xxxxx4807 |
| 2/26/2007 | $25,000.00 | | | wire | Purchaser of Shares | Unknown |
| 3/5/2007 | $2,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx8291 |
| 3/15/2007 | | $2,224.78 | | deposit | Spongetech | xxxxx4807 |
| 3/30/2007 | | $1,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 4/25/2007 | | $1,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 5/25/2007 | | $600.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 5/29/2007 | | $600.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 6/21/2007 | | $1,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 7/5/2007 | $70,000.00 | | | wire | Purchaser of Shares | xxxxxx0550 |
| 8/28/2007 | $32,500.00 | | | wire | Purchaser of Shares | xxxx7374 |
| 8/28/2007 | $45,000.00 | | | wire | Purchaser of Shares | xxxxx374 |
| 9/12/2007 | $18,750.00 | | | wire | Purchaser of Shares | xxx7418 |
| 9/21/2007 | $15,000.00 | | | wire | Purchaser of Shares | xxx7418 |
| 10/3/2007 | $18,250.00 | | | wire | Purchaser of Shares | xxx7418 |
| 10/10/2007 | $20,000.00 | | | wire | Purchaser of Shares | xxx7418 |
| 10/11/2007 | $87,480.00 | | | wire | Purchaser of Shares | xxxxxxZXXX |
| 10/26/2007 | $12,500.00 | | | wire | Purchaser of Shares | xxxxxx0550 |
| 11/15/2007 | $20,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx0001 |
| 11/20/2007 | $75,000.00 | | | wire | Purchaser of Shares | xxx7418 |
| 11/29/2007 | $39,968.00 | | | wire | Purchaser of Shares | xxx2827 |
| 12/6/2007 | $40,000.00 | | | wire | Purchaser of Shares | Unknown |
| 12/10/2007 | $30,000.00 | | | deposit | Purchaser of Shares | xxxxx2639 |
| 12/21/2007 | $100,000.00 | | | deposit | Purchaser of Shares | xxxxxx0480 |
| 12/24/2007 | $37,500.00 | | | wire | Purchaser of Shares | xxx7418 |
| 12/31/2007 | $77,177.81 | | | deposit | Purchaser of Shares | xxxxxxxx1383 |
| 1/11/2008 | | $9,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 1/14/2008 | $50,000.00 | | | wire | Purchaser of Shares | xxx7418 |
| 1/15/2008 | $29,000.00 | | | wire | Purchaser of Shares | Unknown |
| 1/17/2008 | $19,000.00 | | | wire | Purchaser of Shares | Unknown |
| 1/17/2008 | $22,822.00 | | | wire | Purchaser of Shares | xxxx2524 |
| 1/18/2008 | $67,000.00 | | | wire | Purchaser of Shares | Unknown |
| 1/22/2008 | $34,500.00 | | | wire | Purchaser of Shares | xxx7418 |
| 1/22/2008 | $9,980.00 | | | wire | Purchaser of Shares | xxxxx2099 |
| 1/30/2008 | $60,000.00 | | | wire | Purchaser of Shares | xxx7418 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 2/1/2008 | $30,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx7571 |
| 2/4/2008 | | $1,250.00 | | deposit | Flo Weinberg | xxxxxx4269 |
| 2/4/2008 | | $5,400.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 2/12/2008 | $75,000.00 | | | wire | Purchaser of Shares | xxx7418 |
| 2/15/2008 | $20,000.00 | | | wire | Purchaser of Shares | xxxx3719 |
| 2/20/2008 | $3,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx8291 |
| 2/20/2008 | $35,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxx0114 |
| 2/20/2008 | $52,500.00 | | | wire | Purchaser of Shares | xxx7418 |
| 2/22/2008 | $25,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxxx2002 |
| 2/22/2008 | | $35,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 2/26/2008 | $5,000.00 | | | deposit | Purchaser of Shares | xxxxxx6584 |
| 2/26/2008 | $20,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx9757 |
| 2/26/2008 | $92,000.00 | | | wire | Purchaser of Shares | xxx7418 |
| 2/29/2008 | $10,000.00 | | | deposit | Purchaser of Shares | xxxxxx2864 |
| 2/29/2008 | $15,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx7571 |
| 2/29/2008 | $62,500.00 | | | wire | Purchaser of Shares | Unknown |
| 2/29/2008 | $62,500.00 | | | wire | Purchaser of Shares | Unknown |
| 3/6/2008 | $42,000.00 | | | wire | Purchaser of Shares | xxx7418 |
| 3/6/2008 | | $5,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 3/7/2008 | | $1,500.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 3/11/2008 | | | $41,000.00 | deposit | AIT Capital | xxxxxx6956 |
| 3/13/2008 | $15,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx0001 |
| 3/13/2008 | $34,963.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx1128 |
| 3/13/2008 | | | $47,000.00 | deposit | Category 1 | xxxxxx6956 |
| 3/14/2008 | | $15,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 3/17/2008 | | $71,200.00 | | wire | RM Enterprises | xxxxxx6221 |
| 3/18/2008 | $37,500.00 | | | wire | Purchaser of Shares | xxx7418 |
| 3/25/2008 | $181,965.00 | | | wire | Purchaser of Shares | Unknown |
| 3/27/2008 | $18,000.00 | | | deposit | Purchaser of Shares | xxxxx7079 |
| 3/28/2008 | $30,000.00 | | | wire | Purchaser of Shares | xxx7418 |
| 4/3/2008 | $36,000.00 | | | wire | Purchaser of Shares | xxx7418 |
| 4/3/2008 | | $2,500.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 4/4/2008 | $54,000.00 | | | wire | Purchaser of Shares | xxxx4114 |
| 4/9/2008 | $50,000.00 | | | wire | Purchaser of Shares | xxx0513 |
| 4/10/2008 | $125,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx2990 |
| 4/14/2008 | $5,000.00 | | | wire | Purchaser of Shares | xxxxxxxx8765 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 4/14/2008 | $10,000.00 | | | wire | Purchaser of Shares | xxxxxxxx8765 |
| 4/17/2008 | $25,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxx0114 |
| 4/17/2008 | $37,500.00 | | | wire | Purchaser of Shares | xxx2827 |
| 4/21/2008 | $25,000.00 | | | wire | Purchaser of Shares | xxxxxxx9165 |
| 4/23/2008 | $40,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxxx1000 |
| 4/24/2008 | $20,000.00 | | | deposit | Purchaser of Shares | xxxxxxxxx7364 |
| 4/25/2008 | $9,980.00 | | | wire | Purchaser of Shares | xxxxx2260 |
| 4/25/2008 | $18,000.00 | | | deposit | Purchaser of Shares | xxxxxx7079 |
| 4/25/2008 | $25,000.00 | | | deposit | Purchaser of Shares | xxxxxx4636 |
| 4/28/2008 | $12,500.00 | | | deposit | Purchaser of Shares | xxxxxx2864 |
| 4/28/2008 | $100,000.00 | | | wire | Purchaser of Shares | Unknown |
| 4/28/2008 | $150,000.00 | | | deposit | Purchaser of Shares | xxxxxxxxxx2990 |
| 4/30/2008 | $5,000.00 | | | deposit | Purchaser of Shares | xxxxx0643 |
| 4/30/2008 | $20,000.00 | | | wire | Purchaser of Shares | xxxxxx5181 |
| 4/30/2008 | $20,000.00 | | | deposit | Purchaser of Shares | xxxxxxxxx9757 |
| 5/1/2008 | $10,000.00 | | | deposit | Purchaser of Shares | xxxxx7612 |
| 5/1/2008 | $20,000.00 | | | deposit | Purchaser of Shares | xxxxxxxxx9757 |
| 5/5/2008 | $17,500.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxxx0001 |
| 5/6/2008 | $17,500.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxxx480H |
| 5/7/2008 | $25,000.00 | | | wire | Purchaser of Shares | xxxxxx2124 |
| 5/8/2008 | | $8,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 5/9/2008 | $65,000.00 | | | wire | Purchaser of Shares | xxxxxxx9165 |
| 5/12/2008 | $8,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx2565 |
| 5/12/2008 | $10,000.00 | | | deposit | Purchaser of Shares | xxxxx7612 |
| 5/12/2008 | $40,000.00 | | | wire | Purchaser of Shares | xxxx4114 |
| 5/13/2008 | $45,000.00 | | | deposit | Purchaser of Shares | xxxxxxxxxx2990 |
| 5/13/2008 | $48,750.00 | | | deposit | Purchaser of Shares | xxxxx2639 |
| 5/13/2008 | $56,250.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxx0114 |
| 5/13/2008 | $125,000.00 | | | wire | Purchaser of Shares | xxx7418 |
| 5/14/2008 | $27,500.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx6205 |
| 5/15/2008 | $10,000.00 | | | wire | Purchaser of Shares | xxxxxx2401 |
| 5/15/2008 | $20,000.00 | | | deposit | Purchaser of Shares | xxxxxxx9665 |
| 5/15/2008 | $22,500.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxxx1840V |
| 5/16/2008 | $80,000.00 | | | wire | Purchaser of Shares | xxxxxxx2566 |
| 5/20/2008 | $10,000.00 | | | wire | Purchaser of Shares | xxxxxxx9165 |
| 5/22/2008 | $10,000.00 | | | deposit | Purchaser of Shares | xxxxx4219 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 5/22/2008 | $32,500.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxx0114 |
| 5/27/2008 | $20,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxx0114 |
| 5/28/2008 | $80,000.00 | | | deposit | Purchaser of Shares | xxxxxxx2565 |
| 5/29/2008 | $17,500.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxxx0001 |
| 5/30/2008 | $9,000.00 | | | wire | Purchaser of Shares | xxxxx6457 |
| 5/30/2008 | $13,000.00 | | | wire | Purchaser of Shares | xxxxxxxx8665 |
| 5/30/2008 | $13,723.00 | | | wire | Purchaser of Shares | xxxxx3986 |
| 5/30/2008 | $99,965.00 | | | wire | Purchaser of Shares | Unknown |
| 5/30/2008 | $99,980.00 | | | wire | Purchaser of Shares | xxxx6601 |
| 5/30/2008 | $100,000.00 | | | wire | Purchaser of Shares | xxx0513 |
| 6/2/2008 | | $55,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 6/3/2008 | $100,000.00 | | | deposit | Purchaser of Shares | xxx4272 |
| 6/3/2008 | $100,000.00 | | | deposit | Purchaser of Shares | xxx7562 |
| 6/3/2008 | $137,500.00 | | | wire | Purchaser of Shares | xxx7418 |
| 6/5/2008 | $7,473.32 | | | wire | Purchaser of Shares | xxxxxxxx8665 |
| 6/5/2008 | $20,000.00 | | | wire | Purchaser of Shares | xxxxxxx7727 |
| 6/6/2008 | $3,000.00 | | | wire | Purchaser of Shares | xxxxxxx9165 |
| 6/6/2008 | $20,000.00 | | | wire | Purchaser of Shares | xxxxx9881 |
| 6/6/2008 | | $75,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 6/11/2008 | $20,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxxx0001 |
| 6/12/2008 | $30,000.00 | | | wire | Purchaser of Shares | xxxxx5181 |
| 6/13/2008 | $3,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx8291 |
| 6/13/2008 | $8,000.00 | | | wire | Purchaser of Shares | xxxxxxx9165 |
| 6/16/2008 | | $30,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 6/17/2008 | $5,000.00 | | | deposit | Purchaser of Shares | xxxxxx1822 |
| 6/17/2008 | $30,000.00 | | | wire | Purchaser of Shares | xxxxxxx9165 |
| 6/19/2008 | $100,000.00 | | | deposit | Purchaser of Shares | xxxx9075 |
| 6/20/2008 | $25,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx5041 |
| 6/20/2008 | $75,000.00 | | | deposit | Purchaser of Shares | xxxxxxx2565 |
| 6/24/2008 | | $5,341.40 | | deposit | Steven Moskowitz | xxxxx9919 |
| 6/26/2008 | $5,000.00 | | | deposit | Purchaser of Shares | xxxxxx1822 |
| 6/26/2008 | $12,500.00 | | | deposit | Purchaser of Shares | xxxxxx2864 |
| 6/26/2008 | $38,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx1000 |
| 6/26/2008 | $99,963.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxx0114 |
| 6/26/2008 | $187,000.00 | | | wire | Purchaser of Shares | Unknown |
| 6/27/2008 | $16,175.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxxx0001 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 6/27/2008 | $25,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx0003 |
| 7/1/2008 | | $12,500.00 | | deposit | Spongetech | xxxxxxxxx2183 |
| 7/3/2008 | $86,250.00 | | | wire | Purchaser of Shares | xxxxxx0550 |
| 7/3/2008 | | | $5,000.00 | deposit | AIT Capital | xxxxxx5367 |
| 7/11/2008 | $40,000.00 | | | wire | Purchaser of Shares | xxxxxx7727 |
| 7/11/2008 | | $20,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 7/11/2008 | | $7,374.50 | | wire | RM Enterprises | xxxxx4361 |
| 7/15/2008 | $1,500.00 | | | deposit | Purchaser of Shares | xxxxx8005 |
| 7/15/2008 | $12,500.00 | | | deposit | Purchaser of Shares | xxxxxx2864 |
| 7/15/2008 | $12,500.00 | | | deposit | Purchaser of Shares | xxxxxx2864 |
| 7/21/2008 | $22,500.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx0114 |
| 7/23/2008 | $54,978.59 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx480H |
| 7/24/2008 | $112,500.00 | | | wire | Purchaser of Shares | xxxxxx0550 |
| 7/30/2008 | $17,500.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx0001 |
| 7/31/2008 | $80,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx2565 |
| 7/31/2008 | $80,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx5041 |
| 8/1/2008 | $185,000.00 | | | wire | Purchaser of Shares | xxxxxx0550 |
| 8/4/2008 | | $70,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 8/6/2008 | $3,000.00 | | | deposit | Purchaser of Shares | xxxxxxxxx8291 |
| 8/7/2008 | | $70,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 8/8/2008 | | $10,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 8/11/2008 | $100,000.00 | | | wire | Purchaser of Shares | xxxx2524 |
| 8/12/2008 | $20,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx6649 |
| 8/14/2008 | $92,500.00 | | | deposit | Purchaser of Shares | xxxxxx2639 |
| 8/14/2008 | | $90,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 8/18/2008 | | $85,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 8/18/2008 | | $95,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 8/19/2008 | $50,000.00 | | | deposit | Purchaser of Shares | xxxx9075 |
| 8/19/2008 | | $70,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 8/20/2008 | $92,500.00 | | | wire | Purchaser of Shares | xxxxxx2639 |
| 8/20/2008 | $100,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx0110 |
| 8/21/2008 | $24,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx7571 |
| 8/22/2008 | $16,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx0110 |
| 8/22/2008 | $50,000.00 | | | wire | Purchaser of Shares | xxxx1409 |
| 8/22/2008 | | $120,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 8/25/2008 | $20,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx0110 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 8/26/2008 | $12,500.00 | | | wire | Purchaser of Shares | Unknown |
| 8/26/2008 | | $95,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 8/28/2008 | $30,000.00 | | | deposit | Purchaser of Shares | xxxxxx7108 |
| 8/28/2008 | | $10,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 8/28/2008 | | $175,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 8/28/2008 | | $175,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 8/28/2008 | | $90,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 8/29/2008 | | $40,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 9/2/2008 | | $70,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 9/2/2008 | $50,000.00 | | | deposit | Purchaser of Shares | xxxxxxx2565 |
| 9/3/2008 | $50,000.00 | | | deposit | Purchaser of Shares | xxxxxxxxx5041 |
| 9/3/2008 | | $30,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 9/3/2008 | | $85,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 9/5/2008 | $40,000.00 | | | wire | Purchaser of Shares | Unknown |
| 9/9/2008 | | $195,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 9/10/2008 | | $75,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 9/10/2008 | $40,000.00 | $65,000.00 | | deposit | Purchaser of Shares | xxxxxx2864 |
| 9/12/2008 | | $55,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 9/15/2008 | | $55,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 9/16/2008 | $20,000.00 | | | deposit | Purchaser of Shares | xxxxxxx6649 |
| 9/16/2008 | | $55,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 9/17/2008 | | $145,000.00 | | credit memo | Flo Weinberg | xxxxxx2689 |
| 9/18/2008 | | $45,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 9/19/2008 | $10,000.00 | | | deposit | Purchaser of Shares | xxxxx6484 |
| 9/22/2008 | | $50,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 9/24/2008 | $50,000.00 | | | wire | Purchaser of Shares | xxxx1409 |
| 9/24/2008 | $75,000.00 | | | wire | Purchaser of Shares | xxxxxx2689 |
| 9/25/2008 | | $140,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 9/26/2008 | | $52,500.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 9/29/2008 | $50,000.00 | | | deposit | Purchaser of Shares | xxxxxxx2565 |
| 10/2/2008 | $99,450.00 | | | wire | Purchaser of Shares | xxxxxxxxxxx0110 |
| 10/2/2008 | $99,999.99 | | | wire | Purchaser of Shares | xxxxxx6649 |
| 10/8/2008 | | $67,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 10/15/2008 | $50,000.00 | | | wire | Purchaser of Shares | xxxx1409 |
| 10/15/2008 | $50,000.00 | | | wire | Purchaser of Shares | xxxx9075 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Moskowitz Account Number |
|---|---|---|---|---|---|---|
| 10/16/2008 | $25,000.00 | | | deposit | Purchaser of Shares | xxxxx2639 |
| 10/16/2008 | $50,000.00 | | | deposit | Purchaser of Shares | xxxxxxx2565 |
| 10/16/2008 | $50,000.00 | | | deposit | Purchaser of Shares | xxxxxxx9260 |
| 10/16/2008 | | $7,500.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 10/16/2008 | | $120,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 10/20/2008 | | $100,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 10/21/2008 | $5,000.00 | | | deposit | Purchaser of Shares | xxxxxx3515 |
| 10/21/2008 | $20,000.00 | | | wire | Purchaser of Shares | xxxxx7660 |
| 10/21/2008 | $20,000.00 | | | wire | Purchaser of Shares | xxxxxx1627 |
| 10/23/2008 | $10,000.00 | | | deposit | Purchaser of Shares | xxxxxx0011 |
| 10/24/2008 | $50,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxx0110 |
| 10/27/2008 | $10,000.00 | | | deposit | Purchaser of Shares | xxxxxx4165 |
| 10/28/2008 | | $140,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 10/29/2008 | $8,000.00 | | | deposit | Purchaser of Shares | xxxx3762 |
| 10/29/2008 | $50,000.00 | | | deposit | Purchaser of Shares | xxxxxxx2565 |
| 10/30/2008 | $10,000.00 | | | deposit | Purchaser of Shares | xxxxx2599 |
| 10/31/2008 | $15,000.00 | | | wire | Purchaser of Shares | Unknown |
| 10/31/2008 | | $125,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 11/3/2008 | | | $9,500.00 | credit memo | Wesley Equities | xxxxxx5147 |
| 11/3/2008 | | | $9,500.00 | credit memo | Asset Management | xxxxxxx5154 |
| 11/3/2008 | | | $9,500.00 | credit memo | AIT Capital | xxxxx6956 |
| 11/6/2008 | $50,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxx0110 |
| 11/6/2008 | $65,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxx0110 |
| 11/7/2008 | | $60,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 11/10/2008 | $22,500.00 | | | deposit | Purchaser of Shares | xxxxxxx6649 |
| 11/10/2008 | | $30,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 11/12/2008 | | $10,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 11/12/2008 | | $60,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 11/17/2008 | | $50,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 11/18/2008 | | $10,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 11/19/2008 | | $3,000.00 | | wire | RM Enterprises | xxxxxx4361 |
| 11/20/2008 | | | $89,000.00 | credit memo | Wesley Equities | xxxxxx5147 |
| 11/24/2008 | $99,980.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx1309 |
| 11/24/2008 | | | $34,000.00 | credit memo | Asset Management | xxxxx5154 |
| 11/25/2008 | $99,980.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx1328 |
| 11/26/2008 | $37,500.00 | | | deposit | Purchaser of Shares | xxxxxx3639 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 11/26/2008 | $49,980.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxxx1328 |
| 11/26/2008 | $75,000.00 | | | deposit | Purchaser of Shares | xxxxxxx2565 |
| 11/26/2008 | $100,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxxx4001 |
| 12/1/2008 | | $35,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 12/1/2008 | | | $30,000.00 | credit memo | Asset Management | xxxxx5154 |
| 12/2/2008 | $50,000.00 | | | wire | Flo Weinberg | xxxx1409 |
| 12/3/2008 | | $10,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 12/5/2008 | $40,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxx0110 |
| 12/5/2008 | $50,000.00 | | | wire | Purchaser of Shares | xxxx9075 |
| 12/8/2008 | $20,000.00 | | | deposit | Purchaser of Shares | xxxxxx1822 |
| 12/11/2008 | $30,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxx0114 |
| 12/15/2008 | | $10,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 12/15/2008 | | $3,000.00 | | credit memo | Vanity Events | xxxxxx4707 |
| 12/16/2008 | | $1,000.00 | | credit memo | Vanity Events | xxxxxx4707 |
| 12/17/2008 | $10,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxx0114 |
| 12/17/2008 | | | $14,500.00 | credit memo | AIT Capital | xxxxxx6956 |
| 12/18/2008 | $50,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxx0100 |
| 12/22/2008 | $22,500.00 | | | deposit | Purchaser of Shares | xxxx1075 |
| 12/22/2008 | $30,000.00 | | | deposit | Purchaser of Shares | xxxxxx2864 |
| 12/26/2008 | $7,238.51 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxxx0001 |
| 12/26/2008 | $15,000.00 | | | wire | Purchaser of Shares | xxxxx6484 |
| 12/29/2008 | $1,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxxx0001 |
| 12/29/2008 | $22,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxxx3000 |
| 12/30/2008 | $40,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxx0110 |
| 12/30/2008 | $72,500.00 | | | wire | Purchaser of Shares | xxx6147 |
| 1/2/2009 | $100,000.00 | | | wire | Purchaser of Shares | xxx6891 |
| 1/5/2009 | | $30,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 1/6/2009 | $18,000.00 | | | deposit | Purchaser of Shares | xxxxxx1822 |
| 1/8/2009 | $22,500.00 | | | deposit | Purchaser of Shares | xxxx1075 |
| 1/8/2009 | $100,000.00 | | | deposit | Purchaser of Shares | xxxxxxx2565 |
| 1/8/2009 | | $1,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 1/15/2009 | | | $9,500.00 | credit memo | AIT Capital | xxxxxx6956 |
| 1/16/2009 | $165,000.00 | | | wire | Purchaser of Shares | xxx6147 |
| 1/21/2009 | | $5,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 1/22/2009 | $15,500.00 | | | deposit | Purchaser of Shares | xxxxxx1822 |
| 1/22/2009 | $25,000.00 | | | deposit | Purchaser of Shares | xxx1405 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 1/22/2009 | $25,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx0893 |
| 1/22/2009 | | | $30,000.00 | credit memo | AIT Capital | xxxxxx6956 |
| 1/23/2009 | | $10,000.00 | | deposit | Flo Weinberg | xxxxxx4269 |
| 1/26/2009 | $15,500.00 | | | wire | Purchaser of Shares | xxxxxx2981 |
| 1/28/2009 | | $1,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 1/28/2009 | | $2,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 1/28/2009 | | $30,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 1/29/2009 | $50,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx2565 |
| 2/2/2009 | | | $44,000.00 | returned check | AIT Capital | xxxxxx6956 |
| 2/3/2009 | | $5,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 2/3/2009 | | $10,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 2/3/2009 | | $35,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 2/4/2009 | $34,928.25 | | | wire | Purchaser of Shares | xxxxxxx2635 |
| 2/4/2009 | $100,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxx0110 |
| 2/6/2009 | $25,000.00 | | | wire | Purchaser of Shares | xxxx1409 |
| 2/6/2009 | $25,000.00 | | | wire | Purchaser of Shares | xxxx9075 |
| 2/9/2009 | $25,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx2990 |
| 2/10/2009 | $34,928.25 | | | wire | Purchaser of Shares | xxxxxxx2635 |
| 2/10/2009 | | $28,500.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 2/11/2009 | $14,938.25 | | | wire | Purchaser of Shares | xxxxxxx2635 |
| 2/11/2009 | $50,000.00 | | | deposit | Purchaser of Shares | xxxxx9320 |
| 2/13/2009 | | $7,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 2/17/2009 | $28,200.00 | | | wire | Purchaser of Shares | xxxx9606 |
| 2/19/2009 | | $20,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 2/20/2009 | | $40,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 2/23/2009 | $25,700.00 | | | wire | Purchaser of Shares | xxxx9606 |
| 2/24/2009 | $20,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxx0110 |
| 2/24/2009 | | $45,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 2/26/2009 | $8,350.00 | | | deposit | Purchaser of Shares | xxxxxx1822 |
| 2/26/2009 | | $21,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 2/27/2009 | $25,000.00 | | | wire | Purchaser of Shares | xxxx9075 |
| 2/27/2009 | $50,000.00 | | | wire | Purchaser of Shares | xxxx1409 |
| 3/2/2009 | $50,000.00 | | | deposit | Purchaser of Shares | xxxxx9320 |
| 3/5/2009 | $50,000.00 | $2,200.00 | | wire | Spongetech | xxxxxx0121 |
| 3/5/2009 | | | | credit memo | | |
| 3/9/2009 | $20,100.00 | | | wire | Purchaser of Shares | xxxx9606 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 3/10/2009 | $40,000.00 | | | deposit | Purchaser of Shares | xxxxxxx2565 |
| 3/12/2009 | | $10,000.00 | | credit memo | Flo Weinberg | xxxxx4269 |
| 3/13/2009 | $10,000.00 | | | deposit | Purchaser of Shares | xxx1244 |
| 3/13/2009 | | $10,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 3/17/2009 | $5,000.00 | | | wire | Purchaser of Shares | xxxxxx3494 |
| 3/17/2009 | | $10,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 3/18/2009 | $25,789.00 | | | wire | Purchaser of Shares | xxxx9606 |
| 3/20/2009 | $20,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx3000 |
| 3/26/2009 | $30,000.00 | | | deposit | Purchaser of Shares | xxxxxx2864 |
| 3/27/2009 | $16,122.00 | | | wire | Purchaser of Shares | xxxx9236 |
| 3/31/2009 | | | $47,000.00 | credit memo | Asset Management | xxxxxx5154 |
| 3/31/2009 | | | $40,000.00 | credit memo | AIT Capital | xxxxxx6956 |
| 4/1/2009 | | $50,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 4/2/2009 | $10,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx0759 |
| 4/2/2009 | $20,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxx0110 |
| 4/3/2009 | $12,000.00 | | | deposit | Purchaser of Shares | xxxx9606 |
| 4/3/2009 | $299,980.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx1309 |
| 4/3/2009 | | $15,000.00 | | credit memo | Spongetech | xxxxx0121 |
| 4/3/2009 | | | $475.00 | deposit | Asset Management | xxxxx5154 |
| 4/6/2009 | $15,000.00 | | | deposit | Purchaser of Shares | xxxxx6484 |
| 4/6/2009 | $43,000.00 | | | wire | Purchaser of Shares | xxxx7737 |
| 4/6/2009 | $100,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx4014 |
| 4/7/2009 | $50,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx2990 |
| 4/7/2009 | $149,985.00 | | | wire | Purchaser of Shares | xxxxx99A1 |
| 4/10/2009 | $50,000.00 | | | wire | Purchaser of Shares | xxxxxxxx2990 |
| 4/13/2009 | | | $22,000.00 | wire | Asset Management | xxxx2658 |
| 4/14/2009 | | | $40,000.00 | credit memo | AIT Capital | xxxxxx6956 |
| 4/16/2009 | $53,250.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx2001 |
| 4/17/2009 | | $25,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 4/20/2009 | $10,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx5G0I |
| 4/21/2009 | | $10,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 4/22/2009 | $9,968.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx0065 |
| 4/22/2009 | $109,903.25 | | | wire | Purchaser of Shares | xxxxxxx2635 |
| 4/23/2009 | $10,000.00 | | | deposit | Purchaser of Shares | xxxxx2043 |
| 4/24/2009 | $199,980.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx7011 |
| 4/28/2009 | $25,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx2990 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 5/1/2009 | $15,000.00 | | | deposit | Purchaser of Shares | xxxxx2946 |
| 5/1/2009 | $20,000.00 | | | deposit | Purchaser of Shares | xxxxxx2864 |
| 5/4/2009 | $20,000.00 | | | wire | Purchaser of Shares | xxxx9882 |
| 5/5/2009 | $10,000.00 | | | wire | Purchaser of Shares | xxxx6956 |
| 5/5/2009 | | | $15,000.00 | credit memo | AIT Capital | |
| 5/6/2009 | $50,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxx0114 |
| 5/6/2009 | $100,000.00 | | | deposit | Purchaser of Shares | xxxxxx3947 |
| 5/7/2009 | $10,000.00 | | | deposit | Purchaser of Shares | xxx1244 |
| 5/7/2009 | $25,000.00 | | | deposit | Purchaser of Shares | xxxxx2639 |
| 5/7/2009 | $42,500.00 | | | deposit | Purchaser of Shares | xxxxxx8423 |
| 5/8/2009 | $10,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx3000 |
| 5/8/2009 | $18,750.00 | | | wire | Purchaser of Shares | xxxx9075 |
| 5/8/2009 | $40,000.00 | | | deposit | Purchaser of Shares | xxxxxxx2565 |
| 5/8/2009 | $50,000.00 | | | deposit | Purchaser of Shares | xxx0513 |
| 5/8/2009 | $50,000.00 | | | deposit | Purchaser of Shares | xxx1405 |
| 5/8/2009 | $10,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx3000 |
| 5/12/2009 | | $15,000.00 | | credit memo | Flo Weinberg | xxxxxx4269 |
| 5/13/2009 | $5,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx9192 |
| 5/14/2009 | $25,000.00 | | | deposit | Purchaser of Shares | xxxxxx2639 |
| 5/14/2009 | | $15,000.00 | | credit memo | Spongetech | xxxxxx0121 |
| 5/15/2009 | $9,500.00 | | | deposit | Purchaser of Shares | xxxxxx7079 |
| 5/15/2009 | $35,000.00 | | | deposit | Purchaser of Shares | xxxx0933 |
| 5/15/2009 | $50,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx3000 |
| 5/15/2009 | $50,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx860V |
| 5/18/2009 | $10,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx0014 |
| 5/19/2009 | $12,500.00 | | | deposit | Purchaser of Shares | xxxxx2639 |
| 5/19/2009 | $20,000.00 | | | deposit | Purchaser of Shares | xxxx9606 |
| 5/19/2009 | $30,000.00 | | | wire | Purchaser of Shares | xxxx3297 |
| 5/20/2009 | $50,000.00 | | | deposit | Purchaser of Shares | xxxxxx2639 |
| 5/20/2009 | $100,000.00 | | | deposit | Purchaser of Shares | xxxxxxx2565 |
| 5/22/2009 | $15,000.00 | | | deposit | Purchaser of Shares | xxxxx4469 |
| 5/22/2009 | $20,000.00 | | | deposit | Purchaser of Shares | xxxxxxx5065 |
| 5/22/2009 | $20,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx860V |
| 5/22/2009 | $100,000.00 | | | wire | Purchaser of Shares | xxx6147 |
| 5/26/2009 | $10,000.00 | | | deposit | Purchaser of Shares | xxxxxxx3459 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 5/26/2009 | | | $50,000.00 | deposit | Asset Management | xxxxxx5154 |
| 5/26/2009 | | | $199,000.00 | credit memo | Asset Management | xxxxxx5154 |
| 5/27/2009 | $35,000.00 | | | deposit | Purchaser of Shares | xxxxxx3776 |
| 5/29/2009 | $269,980.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx1309 |
| 6/1/2009 | $100,000.00 | | | wire | Purchaser of Shares | xxxxx2639 |
| 6/1/2009 | $629,980.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx1304 |
| 6/1/2009 | | $234,000.00 | | transfer | RM Enterprises | xxxxxx6149 |
| 6/3/2009 | $160,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx2001 |
| 6/4/2009 | $10,000.00 | | | check | Purchaser of Shares | xxx1244 |
| 6/4/2009 | $209,965.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx7011 |
| 6/4/2009 | $789,965.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx0015 |
| 6/5/2009 | $5,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx8907 |
| 6/5/2009 | $25,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx8907 |
| 6/8/2009 | $162,400.00 | | | wire | Purchaser of Shares | xxxxxx5181 |
| 6/8/2009 | $499,980.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx7019 |
| 6/8/2009 | | | $75,000.00 | credit memo | AIT Capital | xxxxxx6956 |
| 6/9/2009 | $20,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx8907 |
| 6/9/2009 | $100,000.00 | | | wire | Purchaser of Shares | xxxxx9881 |
| 6/10/2009 | $20,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx3000 |
| 6/10/2009 | $100,000.00 | | | wire | Purchaser of Shares | xxxxxxx9165 |
| 6/10/2009 | $110,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx2001 |
| 6/10/2009 | $125,000.00 | | | wire | Purchaser of Shares | xxxxxxx9165 |
| 6/11/2009 | $200,000.00 | | | check | Purchaser of Shares | xxxxx2639 |
| 6/11/2009 | | | $14,000.00 | credit memo | AIT Capital | xxxxxx6956 |
| 6/12/2009 | $30,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx6205 |
| 6/15/2009 | | | $97,500.00 | credit memo | AIT Capital | xxxxxx6956 |
| 6/18/2009 | $20,000.00 | | | wire | Purchaser of Shares | xxxxx9881 |
| 6/19/2009 | $500,000.00 | | | wire | Purchaser of Shares | xxxxxx5181 |
| 6/23/2009 | $15,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx7311 |
| 6/24/2009 | $100,000.00 | | | deposit | Purchaser of Shares | xxxxxxx2565 |
| 6/24/2009 | | | $25,000.00 | deposit | Asset Management | xxxxxx5154 |
| 6/25/2009 | | | $97,500.00 | credit memo | Wesley Equities | xxxxxx5147 |
| 6/25/2009 | | | $97,500.00 | credit memo | AIT Capital | xxxxxx6956 |
| 6/26/2009 | | | $1,760,000.00 | credit memo | Asset Management | xxxxxx5154 |
| 6/30/2009 | | | $25,000.00 | deposit | Asset Management | xxxxxx5154 |
| 7/1/2009 | $50,000.00 | | | deposit | Purchaser of Shares | xxxxxxx2068 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 7/2/2009 | | | $195,000.00 | credit memo | AIT Capital | xxxxxx6956 |
| 7/2/2009 | | | $1,675,000.00 | credit memo | AIT Capital | xxxxxx6956 |
| 7/7/2009 | $15,000.00 | | | deposit | Purchaser of Shares | xxxxxxxxxx5273 |
| 7/8/2009 | $5,000.00 | | | deposit | Purchaser of Shares | xxxx7285 |
| 7/8/2009 | $12,500.00 | | | deposit | Purchaser of Shares | xxxxxx2695 |
| 7/8/2009 | $12,500.00 | | | deposit | Purchaser of Shares | xxxxxx8367 |
| 7/8/2009 | $12,500.00 | | | deposit | Purchaser of Shares | xxxxxxxx7965 |
| 7/8/2009 | $62,500.00 | | | deposit | Purchaser of Shares | xxxxxxxx5065 |
| 7/8/2009 | $100,000.00 | | | wire | Purchaser of Shares | xxxxx8603 |
| 7/8/2009 | $570,000.00 | | | wire | Purchaser of Shares | xxxxxx6174 |
| 7/8/2009 | | | $1,654,985.00 | credit memo | Wesley Equities | xxxxxx5147 |
| 7/9/2009 | $20,000.00 | | | deposit | Purchaser of Shares | xxxxxx3215 |
| 7/9/2009 | $75,000.00 | | | wire | Purchaser of Shares | xxxxxx6174 |
| 7/9/2009 | $90,500.00 | | | wire | Purchaser of Shares | xxxxxxxxx7949 |
| 7/9/2009 | $95,000.00 | | | wire | Purchaser of Shares | xxxxxxxxx09891 |
| 7/9/2009 | $100,000.00 | | | wire | Purchaser of Shares | xxxxxx2913 |
| 7/9/2009 | $170,000.00 | | | wire | Purchaser of Shares | xxxxxxxxx7949 |
| 7/10/2009 | $25,000.00 | | | wire | Purchaser of Shares | xxxxx8603 |
| 7/10/2009 | $45,000.00 | | | wire | Purchaser of Shares | xxxxxxxxx7949 |
| 7/10/2009 | $50,000.00 | | | wire | Purchaser of Shares | xxxxxx2913 |
| 7/10/2009 | $60,000.00 | | | wire | Purchaser of Shares | xxxxxx8846 |
| 7/13/2009 | $20,000.00 | | | wire | Purchaser of Shares | xxxxxx4479 |
| 7/13/2009 | $200,000.00 | | | wire | Purchaser of Shares | xxxxxx6174 |
| 7/13/2009 | $742,000.00 | | | wire | Purchaser of Shares | xxxxxx6174 |
| 7/13/2009 | | | $825,000.00 | credit memo | Asset Management | xxxxxx5154 |
| 7/14/2009 | $50,000.00 | | | deposit | Purchaser of Shares | xxxxxx5796 |
| 7/14/2009 | $100,000.00 | | | deposit | Purchaser of Shares | xxxx2948 |
| 7/14/2009 | $100,000.00 | | | deposit | Purchaser of Shares | xxxxxx5796 |
| 7/14/2009 | $200,000.00 | | | wire | Purchaser of Shares | xxxxx9320 |
| 7/14/2009 | | | $150,000.00 | credit memo | Asset Management | xxxxxx5154 |
| 7/14/2009 | | | $195,000.00 | credit memo | AIT Capital | xxxxxx6956 |
| 7/15/2009 | $120,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx6205 |
| 7/15/2009 | $200,000.00 | | | deposit | Purchaser of Shares | xxxxxx5796 |
| 7/15/2009 | $283,500.00 | | | wire | Purchaser of Shares | xxxxxx6174 |
| 7/16/2009 | $25,000.00 | | | deposit | Purchaser of Shares | xxxx9288 |
| 7/16/2009 | $100,000.00 | | | deposit | Purchaser of Shares | xxxxxx8890 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 7/16/2009 | $200,000.00 | | | deposit | Purchaser of Shares | xxxxxx5796 |
| 7/16/2009 | $320,250.00 | | | wire | Purchaser of Shares | xxxxxx6174 |
| 7/16/2009 | | | $350,000.00 | credit memo | Asset Management | xxxxxx5154 |
| 7/17/2009 | $40,000.00 | | | deposit | Purchaser of Shares | xxxxxx8890 |
| 7/17/2009 | $50,000.00 | | | deposit | Purchaser of Shares | xxxx2948 |
| 7/17/2009 | $75,000.00 | | | deposit | Purchaser of Shares | xxxx8942 |
| 7/17/2009 | $100,000.00 | | | deposit | Purchaser of Shares | xxxxxx5796 |
| 7/17/2009 | $280,000.00 | | | deposit | Purchaser of Shares | xxxxxx5796 |
| 7/17/2009 | | | $98,500.00 | credit memo | AIT Capital | xxxxxx6956 |
| 7/20/2009 | $385,000.00 | | | wire | Purchaser of Shares | xxxxxx6174 |
| 7/21/2009 | $48,800.00 | | | deposit | Purchaser of Shares | xxxxxx2022 |
| 7/21/2009 | $350,000.00 | | | deposit | Purchaser of Shares | xxxxxx5796 |
| 7/21/2009 | $416,500.00 | | | wire | Purchaser of Shares | xxxxxx6174 |
| 7/24/2009 | | | $672,000.00 | credit memo | Asset Management | xxxxxx5154 |
| 7/24/2009 | | | $65,000.00 | credit memo | AIT Capital | xxxxxx6956 |
| 7/24/2009 | | | $75,000.00 | deposit | AIT Capital | xxxxxx6956 |
| 7/27/2009 | $240,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx6205 |
| 7/27/2009 | $525,000.00 | | | wire | Purchaser of Shares | xxxxxx6174 |
| 7/28/2009 | $120,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxx0080 |
| 7/28/2009 | $560,000.00 | | | wire | Purchaser of Shares | xxxxxx6174 |
| 7/29/2009 | $100,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx3000 |
| 7/29/2009 | $118,000.00 | | | wire | Purchaser of Shares | xxxx9882 |
| 7/30/2009 | $118,000.00 | | | wire | Purchaser of Shares | xxxxxx5835 |
| 7/30/2009 | $149,980.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx8300 |
| 7/31/2009 | $40,000.00 | | | wire | Purchaser of Shares | Unknown |
| 8/5/2009 | $535,000.00 | | | wire | Purchaser of Shares | xxxxxx6174 |
| 8/6/2009 | $200,000.00 | | | deposit | Purchaser of Shares | xxxxx2639 |
| 8/7/2009 | $10,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx9182 |
| 8/7/2009 | $12,500.00 | | | deposit | Purchaser of Shares | xxxxxx8367 |
| 8/7/2009 | $12,500.00 | | | deposit | Purchaser of Shares | xxxxxxxx6065 |
| 8/7/2009 | $75,000.00 | | | deposit | Purchaser of Shares | xxxxxxxx5065 |
| 8/7/2009 | $100,000.00 | | | deposit | Purchaser of Shares | xxxxx4469 |
| 8/13/2009 | $1,000,000.00 | | | wire | Purchaser of Shares | xxxxx9320 |
| 8/17/2009 | $100,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx0203 |
| 8/17/2009 | $490,000.00 | | | wire | Purchaser of Shares | xxxxxx6174 |
| 8/19/2009 | $490,000.00 | | | wire | Purchaser of Shares | xxxxxx6174 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 8/19/2009 | $220,500.00 | | | credit memo | Wesley Equities | xxxxx5147 |
| 8/21/2009 | $480,000.00 | | $470,000.00 | deposit | Purchaser of Shares | xxxxxx5796 |
| 8/21/2009 | | | | wire | Purchaser of Shares | xxxxxx6174 |
| 8/21/2009 | | | $310,000.00 | credit memo | AIT Capital | xxxxxx6956 |
| 8/24/2009 | $100,000.00 | | | wire | Purchaser of Shares | xxxxx3817 |
| 8/25/2009 | $500,000.00 | | | deposit | Purchaser of Shares | xxxxxxx5967 |
| 8/26/2009 | $640,000.00 | | | wire | Purchaser of Shares | xxxxxx6174 |
| 8/27/2009 | $100,000.00 | | | wire | Purchaser of Shares | xxxxx3817 |
| 8/27/2009 | $200,000.00 | | | wire | Purchaser of Shares | xxxx9882 |
| 8/31/2009 | $113,982.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx860V |
| 8/31/2009 | $200,000.00 | | | wire | Purchaser of Shares | xxxxxx5835 |
| 8/31/2009 | $400,000.00 | | | deposit | Purchaser of Shares | xxxxxx5309 |
| 8/31/2009 | $740,000.00 | | | wire | Purchaser of Shares | xxxxxx6174 |
| 9/2/2009 | $10,000.00 | | | deposit | Purchaser of Shares | xxxxx2043 |
| 9/2/2009 | $20,000.00 | | | deposit | Purchaser of Shares | xxx1244 |
| 9/2/2009 | $20,000.00 | | | deposit | Purchaser of Shares | xxxxx4553 |
| 9/2/2009 | $60,000.00 | | | deposit | Purchaser of Shares | xxxxx4961 |
| 9/2/2009 | $500,000.00 | | | deposit | Purchaser of Shares | xxxxx4928 |
| 9/2/2009 | $500,000.00 | | | deposit | Purchaser of Shares | xxxxx4928 |
| 9/2/2009 | $800,000.00 | | | wire | Purchaser of Shares | xxxxx9320 |
| 9/3/2009 | $12,390.00 | | | deposit | Purchaser of Shares | xxx0513 |
| 9/4/2009 | $18,000.00 | | | deposit | Purchaser of Shares | xxxxx2946 |
| 9/4/2009 | $150,000.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxxx3000 |
| 9/4/2009 | | | $472,000.00 | credit memo | AIT Capital | xxxxxx6956 |
| 9/8/2009 | | | $490,000.00 | credit memo | AIT Capital | xxxxxx6956 |
| 9/9/2009 | $50,000.00 | | | deposit | Purchaser of Shares | xxxx9606 |
| 9/15/2009 | $500,000.00 | | | deposit | Purchaser of Shares | xxxxxxx5967 |
| 9/16/2009 | $500,000.00 | | | wire | Purchaser of Shares | xxxxx9320 |
| 9/23/2009 | $315,000.00 | | | deposit | Purchaser of Shares | xxxxx2761 |
| 9/25/2009 | $30,000.00 | | | deposit | Purchaser of Shares | xxxxx2639 |
| 9/29/2009 | $100,000.00 | | | deposit | Purchaser of Shares | xxxxx9404 |
| 9/29/2009 | $250,000.00 | | | deposit | Purchaser of Shares | xxxxxx5796 |
| 9/30/2009 | $75,000.00 | | | deposit | Purchaser of Shares | xxxxx2761 |
| 9/30/2009 | $500,000.00 | | | deposit | Purchaser of Shares | xxxxxxx5967 |
| 10/1/2009 | $50,000.00 | | | deposit | Purchaser of Shares | xxxxxx1822 |
| 10/7/2009 | | $200,000.00 | | credit memo | Spongetech | xxxxxx0121 |

| Date | Purchasers of Shares | Moskowitz Affiliates | Affiliated Conduits | Form of Payment | From | Account Number |
|---|---|---|---|---|---|---|
| 10/8/2009 | | $99,900.00 | | wire | RM Enterprises | xxxx6221 |
| 10/14/2009 | | $100,000.00 | | deposit | Spongetech | xxxxxx0121 |
| 10/21/2009 | | $50,000.00 | | deposit | Vanity Events | xxxxxx4707 |
| 10/23/2009 | | | $555,000.00 | deposit | Asset Management | xxxxxx5154 |
| 10/26/2009 | | | $122,000.00 | credit memo | Wesley Equities | xxxxxx5147 |
| 10/26/2009 | | | $128,000.00 | credit memo | AIT Capital | xxxxxx6956 |
| 10/30/2009 | | $25,000.00 | | deposit | Vanity Events | xxxxxx4707 |
| 11/4/2009 | | $35,000.00 | | deposit | Vanity Events | xxxxxx4707 |
| 11/10/2009 | | $30,000.00 | | deposit | Vanity Events | xxxxxx4707 |
| 11/12/2009 | | $20,000.00 | | deposit | Vanity Events | xxxxxx4707 |
| 11/13/2009 | $100,000.00 | | | check | Purchaser of Shares | xxxxx2761 |
| 11/13/2009 | | $7,000.00 | | deposit | Vanity Events | xxxxxx4707 |
| 11/13/2009 | | $20,000.00 | | deposit | Vanity Events | xxxxxx4707 |
| 11/17/2009 | $100,000.00 | | | check | Purchaser of Shares | xxxxxx8718 |
| 11/17/2009 | | $30,000.00 | | deposit | Vanity Events | xxxxxx4707 |
| 11/18/2009 | | $150,000.00 | | deposit | Vanity Events | xxxxxx4707 |
| 11/19/2009 | $239,975.00 | | | wire | Purchaser of Shares | xxxxxxxxxxxxxxxx0010 |
| 11/25/2009 | | $60,000.00 | | deposit | Vanity Events | xxxxxx4707 |
| 11/30/2009 | | $15,000.00 | | credit memo | Vanity Events | xxxxxx4707 |
| 12/1/2009 | | $5,000.00 | | deposit | Vanity Events | xxxxxx4707 |
| 12/3/2009 | | $15,000.00 | | credit memo | Vanity Events | xxxxxx4707 |
| 12/3/2009 | | $18,000.00 | | check | Steven Moskowitz | xxxxxxx0734 |
| 12/4/2009 | | $17,000.00 | | deposit | Steven Moskowitz | xxxxxxx0734 |
| 12/7/2009 | | $28,750.00 | | deposit | Steven Moskowitz | xxxxxxx0734 |
| 12/7/2009 | | $41,250.00 | | deposit | Steven Moskowitz | xxxxxxx0734 |
| 12/7/2009 | | $12,000.00 | | deposit | Spongetech | xxxxxxxxx2183 |
| 12/8/2009 | | $9,750.00 | | deposit | Spongetech | xxxxxxxxx2183 |
| 12/8/2009 | | $9,500.00 | | deposit | Steven Moskowitz | xxxxxxxxx1874 |
| SUBTOTALS | $35,669,459.22 | $5,207,576.18 | $11,479,960.00 | | | |
| TOTAL | $52,356,995.40 | | | | | |