UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S SECURITIES & EXCHANGE COMMISSION,<br><br>Plaintiff<br><br>-against-<br><br>SPONGETECH DELIVERY SYSTEMS, INC., RM ENTERPRISES INTERNATIONAL, INC., STEVEN MOSKOWITZ, GEORGE SPERANZA, JOEL PENSLEY, JACK HALPERIN, and MICHAEL METTER<br><br>Defendants. | Index No. 1:10-CV-02031-DLI-JMA<br><br>**AFFIDAVIT OF MICHAEL METTER** |

Defendant Michael E. Metter respectfully submits this verified accounting as required by the Courts' March 14, 2011 and April 4, 2011 Orders (the "Orders").

1.   Set forth below are all current assets, liabilities and property currently held, directly or indirectly, by or for my benefit, including, without limitation, bank accounts, brokerage accounts, investments, business interests, loan, lines of credit, and real and personal property wherever situated, describing each asset and liability, its current location and amount. For purposes of this affidavit, I have included assets held by me, those held jointly with my wife, and those held by my wife, but I do not claim that I have ownership or control of my wife's assets.

| Asset | Amount | Location | Notes |
|---|---|---|---|
| Home at 1 Tinker Lane, acquired 7/24/95 | 1,548,610 (2010 appraisal) | 1 Tinker Lane | Jointly held |
| Boat | Presently for sale for $329,000 | Stamford Landing Marina | Jointly held |

| | | | |
|---|---|---|---|
| Metter bank account | 6,057 | Patriot National Bank | |
| "Designated" Metter bank account | ~ 4,000 | First Bank of Greenwich | |
| Auto/2007 Mercedes | Presently for sale for $30,000 | 1 Tinker Lane | |
| Auto/2002 Range Rover | ~ 8,000 | 1 Tinker Lane | Jointly held |
| Metter 401K | 133,161 | ADP | |
| Metter brokerage | ~ 0 (including 2.165 million SPNG) | Ladenburg Thalman | |
| Tiburon brokerage | 0 | BMA Securities | |
| Tiburon Capital brokerage | 0 | UBS | |
| 8,583,676 shares of BusinessTalkRadio | | | 9.6% ownership interest in BusinessTalkRadio |
| **Deborah Lanava Assets** | | | |
| DL Investment/brokerage account (Deborah Lanava) | 0 (including 2 million SPNG) | UBS | |
| DL Investment bank account (Deborah Lanava) | 31 | Wachovia | |
| Deborah Lanava bank account | 20 | Wachovia | |
| Deborah Lanava brokerage account | 6000 | BMA Securities | |
| Deborah Lanava bank account | 224 | Patriot Bank | |
| Deborah Lanava IRA | 7609 | PNC Bank | |
| TOTAL ASSETS | 2,048,712.00 | | Includes home, assets jointly held, and assets of Deborah Lanava but without a valutation of BTR |
| | | | |
| Liabilities | | | |
| Home Mortgage | 2,099,000 | Citibank Mortgage | Jointly held. Currently 1 month behind on mortgage |

130082579v1 0916527 74387

| | | | |
|---|---|---|---|
| | | | payment |
| Loan Balance (boat) | 268,000 | Wells Fargo | |
| Visa | 3,609 | | |
| Citibank credit card | 28,512 | | Jointly held |
| Bank of America credit card | 24,000 | | Jointly held |
| Taxes (state and federal) | 11,000 | | |
| Loan (Mercedes) | 28,000 | J.P.Morgan Chase | |
| Loan (Range Rover) | 8,000 | J.P.Morgan Chase | |
| Auto lease | 26,670 | | Deborah Lanava |
| Medical | 2,642 | | |
| TOTAL LIABILITIES | 2,499,433.00 | | Includes Metter and joint obligations |
| NET | -450,721.00 | | |

2.  Set forth below is all money, property, assets and income received by my wife or me, or for our direct or indirect benefit, during the period January 1, 2007, through the date of this accounting. The entries below list certain gains and losses from the purchase and sale of securities; unless otherwise noted, those transactions do not involve purchases or sales of stock of Spongetech.

3.  In addition to the amounts set forth below, there were also loans from Steven Moskowitz, the Moskowitz family, and/or RM Enterprises to BusinessTalkRadio. During the period 2008 and 2009, Mr. Moskowitz or a Moskowitz entity loaned a total of approximately $180,000 to BTR. That loan was, until entry of the Court's order, being repaid by BTR at the rate of approximately $5000 per month. At this point, those payments have been suspended in accordance with the agreement reached with the plaintiff.

4. Further, in or about 2009, Mr. Moskowitz and/or a Moskowitz entity loaned $5 million loan to BTR.[1] That total amount of $5 million was paid from RM Enterprises to counsel for BTR, which then transferred the funds to BTR's prior lender, Barker Capital. The $5 million loan from RM Enterprises to BTR remains an outstanding obligation of BTR.

| Source | Amount | Disposition | Current location |
|---|---|---|---|
| **2007** | | | |
| Wages: Business Talk Radio | 301,072 | Used for expenses | Disbursed |
| Wages: Hilfiger (Deborah Lanava) | 29,817 | Used for expenses | Disbursed |
| Consulting income: Western Power & Equipment Corp. | 11,000 | Used for expenses | Disbursed |
| Capital Loss S corp. DL Investment | (17,965) | | Includes SPNG stock deposited/acquired 4-11/07 in DL Investments and sales of SPNG |
| Capital Gain from trading @ Morgan Stanley | 18,091 | Used for expenses | Disbursed |
| Capital Loss Tiburon Capital | (700) | | Includes sales of 50,000 shares of SPNG in 4-5/07 for 9,144 |
| Refinance of 1 Tinker Lane | 1,973 | Used for expenses | Disbursed |
| 200,000 shares BusinessTalkRadio stock (Director's Fee) | | | Held |
| **2008** | | | |
| Wages: BusinessTalk Radio | 305,706 | Used for expenses | Disbursed |
| Wages: Hilfiger (Deborah Lanava) | 33,756 | Used for expenses | Disbursed |
| 366,667 share grant from BusinessTalkRadio including Director's Fee | | | Held |

---

[1] BTR also received Spongetech stock in connection with its agreement to provide advertising for Spongetech.

130082579v1 0916527 74387

| | | | |
|---|---|---|---|
| Consulting income: Western Power | 9,000 | Used for expenses | Disbursed |
| Consulting income received from RM Enterprises for Flo Weinberg (Deborah Lanava) | 125,000 | Used for expenses | Disbursed |
| Capital gain securities trading (Ladenburg and Westminster Trading) | 18,528 | Received in brokerage accounts | Includes shares of SPNG purchased 1-4/08 and 2.165 deposited |
| Capital Loss S Corp. DL Investments | (136,461) | | |
| Capital Loss S Corp. Tiburon Capital | (625) | | |
| Ladenburg dividend | 20 | Received in account | Disbursed |
| | | | |
| **2009** | | | |
| Wages: BusinessTalk Radio | 196,000 | Used for expenses | Disbursed |
| Wages: (Deborah Lanava) Hilfiger | 32,281 | Used for expenses | Disbursed |
| 150,000 shares BusinessTalkRadio Director's Fee | | | Held |
| DL Investments S Corp Gain | 84,216 | Used for expenses | Disbursed |
| DL Investments S Corp. consulting revenue | 12,294 | Used for expenses | Disbursed |
| Loans from RM Enterprises to Tiburon[2] | 230,000 | Secured by Vanity founder stock | Disbursed |
| Transfers from RM Enterprises to Tiburon | 115,000 | Buyback of SPNG stock (February-March 2009) | Trades reversed 3/16/09~ for loss of ~ 3,000 |
| Transfer from RM Enterprises to Tiburon for BTR loan | 70,000 | | Disbursed to BTR |

---

[2] In 2009, I intended to sell founder's stock that I received in a company operated by Mr. Moskowitz, Vanity Events, in order to pay amounts toward my children's college tuition. I had discussed with Mr. Moskowitz that I intended to sell the stock, and he suggested that I instead receive a loan from him with the Vanity stock as security, while he attempted to arrange for a private sale of the stock. I agreed, he loaned me a total of approximately $112,000, and the Vanity stock was transferred to Moskowitz.

5

| | | | |
|---|---|---|---|
| Loan to DL Investment from RM Enterprises | 21,500 | Loan secured by Vanity founder stock | Disbursed |
| Capital loss S Corp. | (650) | Tiburon Capital | |
| | | | |
| **2010** | | | |
| Wages BusinessTalk Radio | 215,000 | Used for expenses | Disbursed |
| Wages Hilfiger (Deborah Lanava) | 37,000 | Used for expenses | Disbursed |
| Consulting income | ~ 14,000 | | |
| **2011 (YTD)** | | | |
| Wages BusinessTalk Radio | 64,723 | Including deferred income from 2010 | Disbursed and frozen |
| Wages Hilfiger (Deborah Lanava) | 10,307 | Used for expenses | Disbursed |
| DL investment consulting revenue (Gramercy) | 4,776 | Used for expenses | Disbursed |

4. There are no individuals or entities holding the assets, funds or property of my wife or me except to the extent that we maintain bank and brokerage accounts as listed above.

5. There are no individuals or entities who provided assets, funds, securities, or real or personal property to me in exchange for shares of Spongetech stock.

6. As confirmed in the prior accounting, I did not receive monetary compensation or payments from Spongetech except to the extent that I received reimbursement for travel to and expenses associated with an auto show. I did receive stock in relation to the services that I performed for Spongetech and I purchased stock in 2007 and 2009. I sold approximately 50,000 shares of that stock in 2007 for approximately $9,000. I did not sell any other stock and, as of this date, I still hold 2.165 million shares in a Ladenburg brokerage account. I received other

130082579v1 0916527 74387

Spongetech shares that I had not deposited; those share certificates were among the items that were seized by the Federal Bureau of Investigation.

7. DL Investments received stock from Spongetech for services rendered by my wife and it sold stock in 2007 for a total of approximately $80,000. DL Investments also purchased stock and continues to hold that stock, totalling approximately 2 million shares of Spongetech.

8. This accounting is based in part on banking and brokerage statements that I was able to locate or obtain from the period 2007 through present. Some statements have not yet been received. To the extent that any additional information, related to these issues, is reflected in those statements, I will supplement this accounting as soon as practicable.

Dated: April 15, 2011

_____
Michael Metter

Sworn to before me this 15th
day of April 2011

_____
FLOR P SANCHEZ
Notary Public, State of Connecticut
My Commission Expires Apr. 30, 2015

130082579v1  0916527  74387