UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S SECURITIES & EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>SPONGETECH DELIVERY SYSTEMS, INC., RM ENTERPRISES INTERNATIONAL, INC., STEVEN MOSKOWITZ, GEORGE SPERANZA, JOEL PENSLEY, JACK HALPERIN, and MICHAEL METTER<br><br>Defendants. | Index No.  1:10-CV-02031-DLI-JMA<br><br>**AFFIRMATION OF MARANDA E. FRITZ, ESQ. IN SUPPORT OF EXTENSION OF TEMPORARY AND PARTIAL RELEASE OF ACCOUNTS OF BUSINESSTALKRADIO** |

MARANDA FRITZ, an attorney licensed to practice law in the State of New York, under penalty of perjury, affirms as follows:

1. I submit this Affirmation, as counsel for Michael Metter, in support of the application for an extension of the temporary and partial release of the accounts of BusinessTalkRadio.net ("BTR") and its subsidiaries.

2. By order dated March 28, 2011, this Court directed the release of those accounts for the period through April 15, 2011.

3. Since that date, counsel for Metter has provided to the SEC the accounting of Mr. Metter. On April 15, 2011, Metter also provided the SEC with additional materials relating to the receipts and disbursements of both BTR and Metter since the court's Opinion and Order of March 14, 2011.  This includes statements for BTR accounts numbered 0010074045, 0010074053 and 0010074061, at First Bank of Greenwich, opened on March 17 and 18, 2011.

4. Subject to the conditions set forth in the accompanying proposed Order, the SEC does not object to the continuation of the temporary and partial release of accounts for a further period of sixty days.

5. The SEC has also reviewed the accompanying proposed Order, and has stated to me that it does not object to its contents.

6. For those reasons, and to faciliate the continued operation of BTR, defendant Metter requests that the Court issue an order continuing the partial and temporary release of the BTR accounts and the specific payments to and by Michael Metter.

Dated: April 15, 2011

                                            */s/Maranda E. Fritz*
                                            Maranda E. Fritz

130087151v1 0916527 74387