

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, N.E.
WASHINGTON, D.C. 20549-4030

DIVISION OF
ENFORCEMENT

Jeffrey T. Tao
Assistant Chief Litigation Counsel
Telephone: (202) 551-4411
Facsimile: (202) 772-9246

April 15, 2011

Chambers of the Honorable Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Securities and Exchange Commission ("SEC") v. Spongetech Delivery Systems*, et al (10-CV-2031) (DLI) (JMA)

Dear Judge Irizarry:

Plaintiff Securities and Exchange Commission ("SEC") writes in response to Defendant Michael Metter's request to extend for 60 days the partial and temporary release of bank accounts of BusinessTalkRadio ("BTR") from the asset freeze imposed in the Court's March 14, 2011, Order (Docket 112). Subject to the conditions set forth in the proposed order, the SEC does not object to the requested extension of the partial and temporary release.

Sincerely,

*Jeffrey T. Tao*
Jeffrey T. Tao