UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>-against-<br><br>SPONGETECH DELIVERY SYSTEMS, INC., RM ENTERPRISES INTERNATIONAL, INC., STEVEN Y. MOSKOWITZ, MICHAEL E. METTER, GEORGE SPERANZA, JOEL PENSLEY and JACK HALPERIN,<br><br>                Defendants. | **AFFIRMATION OF MARANDA E. FRITZ, ESQ., WITHDRAWING MOTION FOR ORDER PARTIALLY LIFTING ASSET FREEZE AS TO DEFENDANT METTER ONLY**<br><br>10-CV-02031-DLI-JMA |

MARANDA FRITZ, an attorney licensed to practice law in the State of New York, under penalty of perjury, affirms as follows:

1. As counsel for Michael Metter, I am withdrawing the previously filed application for a further temporary and partial release of the accounts of Business Talk Radio ("BTR") and its subsidiaries, pending resolution of staffing issues at BTR.

2. As of last Friday, and after a conversation with Jeff Weber of BTR regarding the latest application, I filed the request for an extension of the current order that was based on Mr. Weber continuing to serve as signatory to the account, and certifying compliance with the Court's order.

3. Since then, I have been advised by Mr. Metter, and by counsel for BTR, that Mr. Weber will not continue unless he receives a six month contract extension at his current salary and with his current benefits.

4. It is my understanding that BTR is in the process of trying to reduce its expenses, that Mr. Metter's pay and benefits will be reduced at year end, and that BTR is not able to meet Mr. Weber's demands.

5. I also understand that BTR is in the process of retaining a consultant who may be willing and able to serve as the signatory on the account, dependent obviously on the SEC's agreement.

6. Based on these circumstances, I withdraw the pending application and will file a further application when the staffing issues are resolved.

Dated: December 8, 2011

>  */s/Maranda E. Fritz*
>  Maranda E. Fritz