

**UNITED STATES
SECURITIES AND EXCHANGE
COMMISSION**
100 F Street, N.E.
Washington, D.C.  20549

Paul W. Kisslinger
Assistant Chief Litigation Counsel

Telephone (202) 551-4427
Facsimile (202) 772-9292
kisslingerp@sec.gov

**DIVISION OF
ENFORCEMENT**

December 23, 2011

By ECF

The Honorable Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Securities and Exchange Commission v. Spongetech Delivery Systems*, et al.,
           10-cv-2031-DLI-JMA (E.D.N.Y.)

Your Honor:

    Plaintiff Securities and Exchange Commission ("SEC") writes in response to Defendant Michael Metter's request [Dkt.199] to extend the partial and temporary release of bank accounts of BusinessTalkRadio from the asset freeze imposed by the Court's March 14, 2011 Order [Dkt. 112].  Subject to the representations in the affirmation, and the conditions set forth in the proposed Order, which include the retention of an independent signatory over the accounts who will certify compliance with the Order, the SEC does not object to the requested extension of the release.

                              Respectfully submitted,

                              /s/ Paul W. Kisslinger