# HINSHAW
& CULBERTSON LLP

Maranda E. Fritz
Direct Dial: (212) 471-6200
mfritz@hinshawlaw.com

August 22, 2012

**ATTORNEYS AT LAW**
780 Third Avenue
4th Floor
New York, NY 10017-2024

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

**BY HAND AND ECF**

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *SEC v. Spongetech Delivery Systems, et al.*
            *Case No. 10-cv-2031-DLI-JMA*

Dear Sir/Madam:

    I represent BusinessTalkRadio.Net Acquisition Corp. ("BTR"), Relief Defendant in the above-captioned matter. I enclose Check # 6565008117 constituting proceeds of the sale of assets of BTR, less reasonable closing costs, pursuant to the Order enclosed herein, dated June 18, 2012. Additional amounts are being retained in escrow, at the request of court-appointed receiver Michael Craven, while the parties discuss procedures for payment of the receiver and other expenses.

    Please deposit the check into an interest bearing account with the Court Registry Investment System ("CRIS") and provide confirmation of that deposit.

    Thank you for your assistance in this matter.

                         Very truly yours,

                         */s/ Maranda Fritz*

                         Maranda E. Fritz

cc:    The Honorable Dora Irizarry
        Paul Kisslinger, Esq.

Enclosures

130408023v1 0916527

Arizona   California   Florida   Illinois   Indiana   Massachusetts   Minnesota   Missouri   New York   Oregon   Rhode Island   Wisconsin