UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 )
SECURITIES AND EXCHANGE,                                         )
COMMISSION,                                                      )  Case No. 1:10-cv-2031-DLI-JMA
                                                                 )
                Plaintiff,                                       )  ECF
                                                                 )
SPONGETECH DELIVERY SYSTEMS, INC.,;                              )  **Re: Docket No. 277**
RM ENTERPRISES INTERNATIONAL,                                    )
INC.;                                                            )
STEVEN Y. MOSKOWITZ;                                             )
MICHAEL E. METTER;                                               )
GEORGE SPERANZA;                                                 )
JOEL PENSLEY; and                                                )
JACK HALPERIN,                                                   )
                                                                 )
                Defendants,                                      )
                                                                 )
        and                                                      )
                                                                 )
BLUE STAR MEDIA GROUP, INC.;                                     )
BUSINESSTALKRADIO.NET                                            )
ACQUISITION CORP.,                                               )
                                                                 )
                Relief Defendants.                               )
---------------------------------------------------------------- x

## UPDATED[1] AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE     :
                      : SS:
NEW CASTLE COUNTY     :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that I caused service of the following, and as indicated below:

**IMPORTANT NOTICE TO CREDITORS OF BUSINESSTALKRADIO.NET ACQUISITIONS CORP. (F/K/A BUSINESSTALKRADIO.NET, INC.), THE GREENWICH BROADCASTING CORPORATION, BTR GREENWICH, INC., BTR COMMUNICATIONS BOSTON, INC., BTR COMMUNICATIONS BOSTON II, INC., BTR WEST, INC., BTR WEST II, INC., WURP, INC., WURP EAST, INC., AND THE LIFESTYLE TALKRADIO NETWORK, INC.**

---

[1] This Affidavit of Service is filed to update the list of parties served to date with the Receiver's Notice.

Service was completed upon all parties on the attached service list via first-class mail, postage prepaid, unless otherwise indicated.

Dated: October 23, 2013

_____
William W. Weller

SWORN TO AND SUBSCRIBED before me this 23rd day of October, 2013.

_____
NOTARY
My commission expires: 9/21/14

ALYSSA STAR DOMOROD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 21 2014

## Additional Parties Served on March 4, 2013:

**Counsel for Plaintiff:**
Paul W. Kisslinger (PK0764)
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-5977
Telephone: (202) 551-4427
Facsimile: (202) 772-9292
E-mail: kisslingerp@sec.gov

**Counsel for Kenneth P. Silverman, Esq., Chapter 7 Trustee of SpongeTech Delivery Systems, Inc.:**
Anthony C. Acampora, Esq.
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Telephone: (516) 479-6300

**Counsel for Defendant Michael Metter, and Relief Defendant Blue Star Media Group, Inc.:**
Maranda E. Fritz, Esq.
Hinshaw & Culbertson LLP
780 Third Avenue, 4th Floor
New York, NY 10017
Telephone: (212) 471-6200
Facsimile: (212) 935-1166
E-mail: mfritz@hinshawlaw.com

**Counsel for Defendant Jack Halperin:**
Jerome M. Selvers, Esq.
Sonnenblick, Parker & Selvers, P.C.
4400 Route 9 South, Suite 3000
Freehold, NJ 07728
Telephone: (732) 431-1234
Facsimile: (732) 431-3994
E-mail: jselvers@spspc.com

**Counsel for Defendant Joel Pensley:**
Roger L. Fidler, Esq.
The Law Offices of Roger L. Fidler
225 Franklin Avenue
Midland Park, NJ 07432
Telephone: (201) 670-0881
Facsimile: (201) 670-0888
E-mail: rfidler0099@aol.com
[Mailing returned on March 15, 2013; served to new address on March 15, 2013]

**Counsel for Defendant Steven J. Moskowitz:**
Michael F. Bachner, Esq.
Bachner & Associates, P.C.
39 Broadway, Suite 1610
New York, NY 10006
Telephone: (917) 639-5370
Facsimile: (212) 344-7774

**Counsel for Intervenor, United States of America:**
Nathan D. Reilly
Office of the US Attorney
271 Cadman Plaza East
Brooklyn, NY 11201

**Counsel for Intervenor, Solution Funding, LLC:**
Thuy T. Bui, Esq.
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
E-mail: thuy.bui@dbr.com

**Counsel for The Sullivan Lead Plaintiff Group:**
Gary S. Graifman, Esq.
Kantrowitz & Goldhamer, & Graifman, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Facsimile: (845) 356-4335

**Additional Parties Served on March 4, 2013:**
Lisa Brown
Lisa G. Brown
Attorney at Law
16 River Street S 2nd Fl
Norwalk, CT 06850

Philip Trainer
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Joseph Anthony Maker, Esq.
30 Oak Street
Stamford, CT 06905
[Attorney for Chiapeta Enterprises LLC d/b/a Fast-Teeks of CT]

Chiapeta Enterprises, LLC d/b/a Fast-Teeks of CT
29 Possum Lane
Norwalk, CT 06854

Koll/Per Tropicana Executive Center, LLC
c/o The Koll Company
Attn: Lisa Riggs, Property Manager
7935 West Sahara Avenue, Suite 101
Las Vegas, NV 89117

The Koll Company
Attn: Kimberly Smith
Vice President - Asset Manager
2710 E. Camelback Road, Suite 210
Phoenix, AZ 85016

Mark J. Schnitzler, Esq.
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830

DiSerio Martin O'Connor & Castiglioni LLP
One Atlantic Street
Stamford, CT 06901

**Additional Parties Served on March 4, 2013:**
Pennsylvania Department of Revenue
Bureau of Compliance
Lien Section
P.O. Box 280948
Harrisburg, PA 17128-0948

Ronald E. Cohen
Nevada Media Group
4800 N. Central Avenue
Phoenix, AZ 85012

Robert A. Bernstein
K-NEWS Broadcasting, Inc.
4600 Madison, Ste. 1500
Kansas City, MO 64112

Law Office of Richard L. Tobler, Ltd.
3654 N. Rancho Drive, Suite 102
Las Vegas, NV 89130-3179

**Additional Parties Served on March 6, 2013:**
Cumulus
Attn: Shirley Ware
13725 Montfort Drive
Dallas, TX 75240

Michael Metter
1 Tinker Lane
Greewich, CT 06830

Stephen Gesing
12 Morehead Drive
Rye, NY 10580

Commonwealth of Massachusetts
MA Dept. of Revenue
P.O. Box 7025
Boston, MA 02204

James O. Campbell
Four Arnold Street
Old Greenwich, CT 06870

Peerless Insurance
62 Maple Avenue
Keene, NH 03431

**Additional Party Served on March 7, 2013:**
Scott J. Leonhardt, Esq.
The Rosner Law Group LLC
824 North Market Street, Suite 810
Wilmington, DE 19801

**Additional Party Served on March 8, 2013:**
WideOrbit Inc.
Dept CH 17518
Palatine, IL 60055-7518

James Servino
2444 Eagle Harbor Drive
Henderson, NV 89052

**Additional Parties Served on March 12, 2013:**
Sara Keylor
77 Pleasant Drive
Bridgewater, MA 02324

Ryan DeMaria
55 Mill Plain Road, Unit 15-2
Danbury, CT 06811

**Additional Party Served on March 13, 2013:**
Warren M. Johnson, CPA, CFF
30 Montgomery Street, Suite 1300
Jersey City, NJ 07302

**Additional Party Served on March 15, 2013:**
Roger L. Fidler
The Law Offices of Roger L. Fidler
145 Highview Avenue
Hawthorne, NJ 07506

**Additional Party Served on March 19, 2013:**
State of Connecticut - Superior Court
Centralized Small Claims
Docket No. SCC 479500
80 Washington Street
Hartford, CT 06106

**Additional Party Served on May 6, 2013:**
C&F Partners
Attn: Mr. Rob Wagner
2400 Ardmore Blvd., Suite 500
Pittsburgh, PA 15221

**Additional Party Served on June 4, 2013:**
Diversified Adjustment Service, Inc.
P.O. Box 32145
Fridley, MN 55432

**Additional Party Served on July 18, 2013:**
State of Connecticut
Department of Revenue Services
Case ID: 793948
Twenty-Five Sigourney Street, Suite 2
Hartford, CT 06106-5032

New York Department
of Taxation and Finance
Case ID: E-035468577-CL06-5
Civil Enforcement Collection Vendor Support
W.A. Harriman Campus
Albany, NY 12227

**Additional Parties Served on August 1, 2013:**
State of NY Dept. of Labor
U.I. Employer Services
White Plains District Office
Attn: Jo Ann McCants
E.R. 06-36530
120 Bloomingdale Road, Room #230
White Plains, NY 10605

Internal Revenue Service
ACS Correspondence
Attn: Mrs. Friestad
Employee ID No. 51-0387932
P.O. Box 8208
Philadelphia, PA 19101-8208
**(Certified Mail)**

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
**(Certified Mail)**

Eric H. Holder, Jr., Esq.
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**(Certified Mail)**

**Additional Parties Served on August 1, 2013:**
Charles M. Oberly, III, Esq.
United States Attorney
Delaware
Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801
**(Certified Mail)**

Loretta E. Lynch, Esq.
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
**(Certified Mail)**

**Additional Parties Served on August 28, 2013:**
RM Enterprises International Ltd.
43 West 33rd Street
New York, NY 10001

RM Enterprises International Ltd.
43 West 33rd Street, Suite 600
New York, NY 10001

RM Enterprises International, Ltd.
c/o Vcorp Services, LLC
1811 Silverside Road
Wilmington, DE 19810

**Additional Parties Served on August 28, 2013:**
Louis A. Brilleman, P.C.
c/o RM Enterprises International, Ltd.
110 Wall Street, 11th Floor
New York, NY 10005-3817

**Additional Parties Served on October 23, 2013:**
Connecticut Department of Labor
Employment Security Division
P.O. Box 2940
Hartford, CT 06104-2940

Department of Revenue Services
P.O. Box 2931
Hartford, CT 06104-2931

**Additional Parties Served on October 23, 2013:**
Department of Revenue Services
State of Connecticut
P.O. Box 2974
Hartford, CT 06104-2974

NYS Employment Contributions and Taxes
P.O. Box 4119
Binghamton, NY 13902-4119

Internal Revenue Service
P.O. Box 804522
Cincinnati, OH 45280-4522

PA Department of Revenue
No Payment, No Refund
P.O. Box 280708
Harrisburg, PA 17128-0708

Massachusetts Department of Revenue
P.O. Box 7005
Boston, MA 02204-7005

Florida Department of Revenue
Unemployment Tax
5050 W. Tennessee Street
Tallahassee, FL 32399-0180

MCTMT Processing Center
P.O. Box 4139
Binghamton, NY 13902-4139